# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,                )
                                         )
      Plaintiff,                     )
                                         )
      v.                             )      Civil Action No. 08-0961 (PLF)
                                         )
HONEYWELL INTERNATIONAL INC.,            )
                                         )
      Defendant.                     )
_____)

## ORDER

For the reasons set forth in the opinion issued this same day, it is hereby

ORDERED that Honeywell International Inc.'s Motion for Certification Under 28 U.S.C. § 1292(b) [Dkt. No. 235] is GRANTED; it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1292(b), the Court's November 25, 2020 Order [Dkt. No. 232] ("the Order") denying Honeywell International Inc.'s Motion for Summary Judgment [Dkt. No. 204] is hereby certified for immediate appeal; and it is

FURTHER ORDERED that the Order is amended to include the following statement:  This Order is appropriate for immediate appeal because it involves a controlling

question of law as to which there is substantial ground for difference of opinion, and immediate appeal of this issue may materially advance the ultimate termination of this litigation.

SO ORDERED.

/s/

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 18, 2021